Christopher S. Hall, # 203901
Lara Z. Moriarty, # 242318
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:	(559) 433-1300
Facsimile:	(559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff
Family Tree Farms, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| FAMILY TREE FARMS, LLC,<br><br>             Plaintiff,<br><br>v.<br><br>ALFA QUALITY PRODUCE, INC., and DOES 1 though 10. ,<br><br>             Defendant. | Case No.  1:08-cv-00481-AWI-SMS<br><br>**ORDER FOR SERVICE BY PUBLICATION OF SUMMONS [FED. R. CIV. PRO. 4(e); C.C.P. §415.50]** |
|---|---|

The Ex Parte Application for an Order for Publication of Summons was filed by Plaintiff FAMILY TREE FARMS ("Plaintiff") on September 9, 2008.  Representing Plaintiff is the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth LLP.

GOOD CAUSE APPEARING it is hereby Ordered that Plaintiff is granted leave of Court to serve Defendant ALFA QUALITY PRODUCE, INC. and Defendant MOUIZ KHALIFEH by publication of the summons in the Brooklyn, New York newspapers, Brooklyn Daily Eagle and Brooklyn Paper.  Plaintiff has made a diligent and reasonable effort to serve Defendants and has been unsuccessful.

IT IS SO ORDERED.

Dated: 9/11/2008                                        /s/ SANDRA M. SNYDER
                                                              United States District Court
                                                              Magistrate Judge Sandra M. Snyder

1271131.v1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
P.O. Box 28912
Fresno, CA  93729-8912

[PROPOSED] ORDER FOR SERVICE BY PUBLICATION OF SUMMONS

PDF created with pdfFactory trial version www.pdffactory.com